**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **B.F., *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil Action No. JRR-23-109** |
| **RODGERS, *et al.*,** | * | |
| **Defendants.** | * | |

**ORDER**

On January 17, 2023, Plaintiffs filed the above-captioned putative class action on behalf of themselves and similarly situated children in Maryland's foster care system alleging that Maryland's Department of Human Services and Social Services Administration violated their constitutional rights and federal law through their administration of psychotropic drugs. ECF No. 1; *see also* ECF No. 75 (Amended Complaint). On July 22, 2026, the Honorable Julie R. Rubin referred this case to the undersigned for discovery and all related scheduling pursuant to 28 U.S.C. § 636 and Local Rules 301 and 302 (D. Md. Dec. 1, 2025). ECF No. 129. Pending before the Court are two requests for a discovery conference to resolve a series of discovery disputes. ECF Nos. 133, 137. On September 4, 2026, the undersigned held a discovery conference. ECF No. 141.

For the reasons stated on the record during the September 4, 2026 discovery conference, it is hereby ORDERED that:

1. On or before September 11, 2026, the Named Plaintiffs will ascertain and communicate to Defendants whether the Named Plaintiffs are able to obtain copies of medical records related to any psychiatric, behavioral health, or mental health services they may have received. If so, the Named Plaintiffs will promptly secure and produce copies of any such records to Defendants;

2. On or before September 18, 2026, counsel for the parties will meet and confer with respect to the timeframe applicable to Plaintiffs' First Set of Requests for Production (ECF No. 140-1) and use their best efforts to reach a compromise solution;
3. On or before September 18, 2026, the Named Plaintiffs will obtain, search, and produce responsive information from the electronically stored information (ESI) of Next Friends Sara Adams and Janice Falk pursuant to the agreed-upon ESI protocols (ECF No. 121). If no responsive information is uncovered, counsel for the Named Parties will provide Defendants with a summary of steps undertaken in conducting the search for responsive ESI;
4. On or before October 5, 2026, counsel for the Named Plaintiffs will provide Defendants a status report outlining the steps they have taken to gain access to B.F.'s ESI. Once accessed, counsel for the Named Plaintiffs will search B.F.'s ESI and produce any responsive documents or a summary of steps undertaken in conducting the search for responsive ESI; and
5. Counsel for the parties shall meet and confer to mutually agreed upon which witnessed and topics of inquiry in the Named Plaintiffs remaining depositions will be designated as Federal Rule of Civil Procedure 30(b)(6) questions and answers.

IT IS SO ORDERED.

Date: September 4, 2026

/s/
Erin Aslan
United States Magistrate Judge